NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1462, -1463, -1464, -1465

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

Plaintiff/Third Party Defendant-Appellant,

and

ORION IP, LLC (now known as Clear With Computers LLC)
and ERICH SPANGENBERG,

Third Party Defendant-Appellants,

v.

DAIMLERCHRYSLER CORPORATION, CHRYSLER FINANCIAL, LLC, and DAIMLERCHRYSLER COMPANY, LLC,

Defendants-Appellees,

and

CHRYSLER HOLDING, LLC,

Defendant/Third Party Plaintiff-Appellee,

and

MERCEDES-BENZ USA, INC. and CHRYSLER LLC,

Defendants/Third Party Plaintiffs-Cross Appellants.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-158, Chief Judge Barbara B. Crabb.

---

2008-1474, -1477

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

Defendant-Appellant,

v.

HYUNDAI MOTOR AMERICA,

Defendant-Cross Appellant,

and

REEBOK INTERNATIONAL, LTD.,

Defendant,

and

POLO RALPH LAUREN CORP.,

Defendant,

and

MICHELIN NORTH AMERICA, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-477, Chief Judge Barbara B. Crabb.

ON MOTION

O R D E R

Taurus IP, LLC et al. move for an extension of time, until February 25, 2009, to file their response/reply briefs.

The court notes that a court order recently extended the due date to February 25, 2009.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

FEB  9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 09 2009

JAN HORBALY
CLERK

cc:  Kenneth C. Bass, III, Esq.
     Elizabeth A. Wiley, Esq.
     Mitchell G. Stockwell, Esq.
     Gene C. Schaerr, Esq.
     Barry J. Schindler, Esq.

s19